■ Eva Boguslava Dobrolowicz, Appellant, v BLDG Management Co., Doing Business as Devon Management Co., et al., Respondents, et al., Defendant. [801 NYS2d 741]—Order, Supreme Court, New York County (Sherry Klein Heitler, J.), entered May 27, 2005, which, inter alia, granted defendants' motion to confirm the report of the Special Referee recommending, after a hearing, that attorneys' fees be awarded in the amount of $15,180.50, plus costs, unanimously affirmed, without costs.

The findings and report of the Special Referee were amply supported by the hearing record and thus properly confirmed (*see e.g. Matter of Williamson*, 298 AD2d 314 [2002]). Concur—Buckley, P.J., Mazzarelli, Andrias, Friedman and Sweeny, JJ.